LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERESA GOMEZ,** individually and on behalf of all others similarly situated, ) ) ) | Case No. 2:16-cv-01256-DSF-SS |
| Plaintiff, ) ) | **NOTICE OF SETTLEMENT** |
| vs. ) ) | |
| **CREDENCE RESOURCE MANAGEMENT LLC** ) ) ) | |
| Defendant. ) | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 21st day of April, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Notice of Settlement - 1

1  Filed electronically on this 21st day of April, 2016, with:

2
3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5  Honorable Dale S. Fischer
6  United States District Court
7  Central District of California

8  Damian P Richard
9  Sessions Fishman Nathan and Israel LLP

10
11  Harijot Khalsa
   Sessions, Fishman, Nathan & Israel, LLP

12
13  Debbie P Kirkpatrick
   Sessions Fishman Nathan and Israel LLP

14

15  This 21st day of April, 2016.

16
17  s/Todd M. Friedman
   Todd M. Friedman

18
19
20
21
22
23
24
25
26
27
28