Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel: 619/758-1891
Fax: 619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Defendant Credence Resource Management, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GOMEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC,<br><br>Defendant | Case No.: 2:16-cv-01256 DSF-SS<br><br>JOINT STIPULATION OF DISMISSAL |

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), plaintiff Teresa Gomez, and defendant, Credence Resource Management, LLC., hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims, and without prejudice to putative class member claims, with each side to bear its own fees and costs.

///

///

///

///

JOINT STIPULATION OF DISMISSAL

1
2                                         Respectfully Submitted:
3
4   Dated: 5/6/16                          LAW OFFICE OF TODD M. FRIEDMAN
5                                          */s/Todd M. Friedman*
                                           Todd M. Friedman
6                                          Attorney for Plaintiff
7                                          Teresa Gomez
8
9
10  Dated: 5/6/16                          SESSIONS FISHMAN, NATHAN & ISRAEL, L.L.P.
11                                         */s/Debbie P. Kirkpatrick*
                                           Debbie P. Kirkpatrick
12                                         Attorney for Defendant
13                                         Credence Resource Management, LLC
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  JOINT STIPULATION OF DISMISSAL
                                           - 2 -